<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHERRY SCALERCIO-ISENBERG,<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC,<br><br>Defendant. | Civil Action No. 20-11222 (SDW) (AME)<br><br>**WHEREAS OPINION**<br><br>December 15, 2025 |

**WIGENTON**, District Judge.

**THIS MATTER** having come before this Court upon *pro se* Plaintiff Sherry Scalercio-Isenberg's ("Plaintiff") Motion to Vacate the Judgment in the Order Filed as ECF #50 (D.E. 51, 53 (the "Motion"))[1] pursuant to Federal Rule of Civil Procedure ("Rule") 60; and

**WHEREAS** this Court granted Defendant Trans Union LLC's Motion for Summary Judgment and closed the case on July 11, 2022 (D.E. 49, 50); and

**WHEREAS** on a motion to vacate a court may relieve a party from a final judgment because of "fraud . . . misrepresentation, or misconduct by an opposing party" or for "any other reason that justifies relief." Fed. R. Civ. P. 60(b)(3), (6); and

**WHEREAS** all motions filed pursuant to Rule 60(b) must be filed within a reasonable time. Fed. R. Civ. P. 60(c)(1). Such a motion is generally untimely unless the movant demonstrates "extraordinary circumstances" that excuse the delay. *Gordon v. Monoson*, 239 F.

---

[1] Plaintiff filed duplicate Motions. (*See* D.E. 51, 53.)

App'x 710, 713 (3d Cir. 2007).  A motion to vacate a judgment under Rule 60(b)(3) must be made within one year of the entry of judgment.  Fed. R. Civ. P. 60(c)(1); and

**WHEREAS** here, Plaintiff petitions this Court for relief pursuant to Rule 60(b)(3).  However, she has filed the present Motion over three years after the entry of judgment.  The Motion, which alleges fraud against the Defendant and this Court, is over two years late under Rule 60(b)(3) and Plaintiff has not demonstrated any extraordinary circumstances to excuse the delay under Rule 60(b)(6).  Even if the request was timely, Plaintiff has failed to present any new evidence or basis for reconsideration.

Therefore, Plaintiff's Motion is **DENIED**.  This case shall remain closed.  An appropriate order follows.

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
cc:    Parties
       André M. Espinosa, U.S.M.J.